# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Rentfrow Inc. | ) ASBCA No. 58751 |
| | ) |
| Under Contract No. N47408-01-D-8204 | ) |

APPEARANCES FOR THE APPELLANT:     Thomas A. Lemmer, Esq.
                                   Tyson J. Bareis, Esq.
                                   Arash Heidarian, Esq.
                                     McKenna Long & Aldridge LLP
                                     Denver, CO

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Srikanti Schaffner, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58751, Appeal of Rentfrow Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals